# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JACKIE WILSON,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 7:05-CV-2163-RDP-RRA |
| } | |
| **WARDEN JAMES DELOACH; THE** } | |
| **ATTORNEY GENERAL FOR THE** } | |
| **STATE OF ALABAMA,** } | |
| } | |
| **Respondents.** } | |

## MEMORANDUM OPINION

The magistrate judge filed a Report and Recommendation (Doc. #8) on July 7, 2006, recommending that this action be dismissed because it is barred by the statute of limitations. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed. A Final Judgment will be entered.

**DONE** and **ORDERED** this ___2nd___ day of August, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE